IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH JAKIMOWICZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | NO. 07-3327 |
| Defendants | : | |

## O R D E R  A N D  J U D G M E N T

AND NOW, this 30th day of June, 2010, IT IS HEREBY ORDERED that, in accordance with the memorandum of this day:

1. The defendants' motion for summary judgment on all counts is GRANTED.

2. JUDGMENT is entered for the defendants and against the plaintiff.

3. The Clerk of Court is directed to CLOSE this matter for statistical purposes.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., S.J.